```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | CHRISTINE C. EWELL
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | J. LANA MORTON-OWENS (Cal. State Bar No.: 233831)
 4 | Assistant United States Attorney
   |     1200 United States Courthouse
 5 |     312 North Spring Street
   |     Los Angeles, California
 6 |     Telephone: (213) 894-3547
   |     Facsimile: (213) 894-0141
 7 |     E-mail: lana.morton-owens@usdoj.gov
 8 | Attorneys for Plaintiff
   | United States of America
 9 |
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2008 NOV 20 AM 10: 57
CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | ~~08-mj-02430-DUTY~~ CR 08-1303-CJC |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESS WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | ) | |
| MARIO PASCUAL-ANDRES, and CALIXTA GARCIA-JUAN, | ) | |
| Defendants. | ) | |

**FOR GOOD CAUSE SHOWN**, and pursuant to 18 U.S.C. § 3144, **IT IS HEREBY ORDERED** that the following person is hereby declared to be a material witness in the above-captioned case:

1. MIGUEL MAEZATES, also known as JOSE HERMELEGINDO PAEZ

**IT IS HEREBY FURTHER ORDERED** that these aforementioned the material witness shall be bound over to the custody of ~~the United~~ ICE. ~~States Marshal, Central District of California, or in the alternative, released under the following conditions to assure their presence at trial:~~

1. ~~(1) the furnishing of a $5,000 appearance bond secured by a~~
~~third-party affidavit of surety without justification (with~~
~~approval of the surety by Pre-trial Services); and~~
~~(2) Pre-trial Services~~ supervision.

DATED: 11/20/08

[signature]
[MAGISTRATE JUDGE'S NAME]
UNITED STATES MAGISTRATE JUDGE

Presented by:

[signature] J M Owens
J. LANA MORTON-OWENS
Assistant United States Attorney

ICE shall treat the witness as a minor absent further order of the court or a court finding that the witness is not a minor.

ICE shall house the witness in the nearest available ICE detention facility specifically designated for minor illegal aliens, absent further order of the court.

IT IS FURTHER ORDERED that the government shall expeditiously attempt to locate a more suitable appropriate facility, and shall confer with Pretrial Services re: same. In the event such a facility is located and Pretrial Services concurs, the government shall submit an application to this court transferring the witness to the custody of the appropriate entity/facility.

11/20/08 [signature]