THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
J. LANA MORTON-OWENS (Cal. State Bar No.: 233831)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California
    Telephone: (213) 894-3547
    Facsimile: (213) 894-0141
    E-mail: lana.morton-owens@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-1303-CJC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR A RULE 15 DEPOSITION HEARD ON SHORTENED TIME |
| v. | |
| MARIO PASCUAL-ANDRES, and CALIXTA GARCIA-JUAN, | |
| Defendants. | |

**FOR GOOD CAUSE SHOWN**, and pursuant to Federal Rule of Criminal Procedure 15, **IT IS HEREBY ORDERED** that previously designated material witness M.M. be ordered deposed in the manner listed below by the parties in the above-captioned case.

1) M.M. is ordered to appear for the deposition, with his counsel. The questioning should be conducted by the attorneys for the United States and the defendants, in the presence of a certified Court Reporter, who will place the witness under oath;

2) The witness will be questioned first by the prosecuting

attorney, then cross-examined by the defendants' attorneys, and then questioned by the prosecuting attorney on redirect examination in a manner conforming to federal evidentiary rules;

3) The questions and the answers of the witness will be translated into English, recorded verbatim by a court reporter and by videotape, and an English transcript of the proceedings will be prepared;

4) The defendants are permitted to be personally present and to participate in the depositions through their counsel;

5) The deposition is to take place at the first available time convenient to all parties, but in no case later than December 22, 2008.

DATED: November 25, 2008

_____
HONORABLE CORMAC J. CARNEY
United States District Court Judge

Presented by:

___/s/_____
J. LANA MORTON-OWENS
Assistant United States Attorney